PROB 12C                                                              SD/FL PACTS No. 92007
(SD/FL 3/05)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**SCANNED**

CASE NO. 07-20104-TP-JORDAN/TORRES

M-11-0903-M

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Mijail Stakemann-Olvero
True Name: Mijail Olivevo-Stakemann

Name of Sentencing Judicial Officer: The Honorable Stephen N. Limbaugh, Senior U.S. District Judge, Eastern District of Missouri, St. Louis

Name of Re-assigned Judicial Officer: The Honorable Adalberto Jordan, U.S. District Judge, Southern District of Florida, Miami

Date of Original Sentence: October 4, 2007

Original Offense:   Count One: Fraudulent Use of Counterfeit Access Devices, 18 U.S.C. §1029(a)(1), a Class C felony.

Original Sentence:   Two (2) years probation, with the following special conditions: 1) shall refrain from any unlawful use of a controlled substance and submit to a drug test within 15 days of commencement of supervision; 2) shall participate in a drug or alcohol abuse treatment program approved by the United States Probation Office; 3) shall provide the United States Probation Office and the Financial Litigation Unit (FLU) of the United States Attorney's Office with access to any request financial information; 4) shall apply all monies received from income tax refunds, lottery winnings, judgments, and/or other anticipated or unexpected financial gains to the outstanding court-ordered financial obligation; 5) shall be prohibited from incurring new credit charges or opening additional lines of credit without the approval of the United States Probation Office so long as there is a balance on the court-ordered financial obligation; 6) shall pay restitution as previously ordered by the court. Additionally, a $100 assessment fee and a $120 restitution payment were imposed.

Type of Supervision: Probation                          Date Supervision Commenced: October 4, 2007

Assistant U.S. Attorney: To be Assigned                 Defense Attorney: To be Assigned

---

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 92007

The probation officer believes the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On October 15, 2007, the defendant failed to report to his United States Probation Officer as directed. |
| 2. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about October 15, 2007, the defendant moved from his approved residence of 13650 Southwest 107th Avenue, Miami, Florida, and his whereabouts are unknown. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[X] revoked.
[ ] extended for _ years, for a total term of _ years.

[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 11, 2007

Nelson Omar Valenzuela
U.S. Probation Officer
Phone: (305) 412-2315

---

THE COURT ORDERS:

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

12-17-07

Date